RECEIVED
IN LAKE CHARLES, LA

NOV - 9 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| STEVE R. LEBLEU | : | DOCKET NO. 04-1611 |
|---|---|---|
| VS. | : | JUDGE TRIMBLE |
| JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED AND DECREED** that the Commissioner's denial of social security disability benefit in the above captioned matter is hereby **AFFIRMED** dismissing the claims of Plaintiff, Steve R. Lebleu.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 9th day of November, ~~October,~~ 2005.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE